IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 MAR 10 ⊃ 12: 12

CLERK _____
SO. DIST. OF GA.

JOSE OCAMPO-GONZALEZ,        )
                            )
        Petitioner,         )
                            )
v.                          )        CV 321-062
                            )
STACEY N. STONE, Warden,    )
                            )
        Respondent.         )
                    _____

**O R D E R**
_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** the motion to dismiss, (doc. no. 7), **DISMISSES** the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the **CLERK** to enter an appropriate judgment of dismissal.

SO ORDERED this ___ day of March, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE